ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 21 2006

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN WAYNE QUICK, 1243617, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS DRETKE, Director, Texas ) <br> Department of Criminal Justice, Correctional ) <br> Institutions Division, ) <br> Respondent. ) | No. 3:06-CV-280-B <br> ECF |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 21st day of March, 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE